UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:20-CV-14211-RLR

SHERRY EDMONDSON,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Commissioner of Social Security,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION,
DENYING MOTION FOR SUMMARY JUDGMENT, AND CLOSING CASE**

This matter is before the Court upon Plaintiff Sherry Edmondson's Motion for Summary Judgment. DE 21. The motion was referred to the Honorable Shaniek M. Maynard for a Report and Recommendation. DE 2. On July 28, 2021, Judge Maynard issued a Report and Recommendation recommending that Plaintiff's Motion for Summary Judgment be denied. DE 26. On August 11, 2021, Plaintiff filed objections to the Report and Recommendation. DE 27. On August 12, 2021, Defendant filed a response to Plaintiff's objections. DE 28.

The Court has conducted a *de novo* review of Judge Maynard's Report and Recommendation, Plaintiff's objections thereto, Defendant's response to the objections, and the record, and is otherwise fully advised in the premises. The Court agrees with the analysis and conclusions in the Report and Recommendation and finds Judge Maynard's recommendation to be well reasoned and correct.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Maynard's Report and Recommendation [DE 26] is hereby **ADOPTED**

in its entirety;

2. The Plaintiff's Motion for Summary Judgment [DE 21] is **DENIED**;

3. The Commissioner's decision is **AFFIRMED**; and

4. The Clerk of the Court is directed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 23rd day of August, 2021.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record